IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BUCKLEY,

    Plaintiff,                     No. CIV S-06-2410 FCD KJM P

    vs.

K. CAMPBELL, et al.,

    Defendants.           <u>ORDER</u>

          Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On May 25, 2007, this court issued findings and recommendations recommending that this action be dismissed for plaintiff's failure to return the USM-285 forms and summons required for service of his complaint.

          Plaintiff has filed objections alleging that he did not receive the court's order or the USM-285 form.

          Good cause appearing, IT IS HEREBY ORDERED that:

          1. The findings and recommendations of May 25, 2007 are vacated.

          2. Service is appropriate for the following defendant: Akintola.

          3. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed November 1, 2006.

1

1  4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for the defendant listed in number 2 above; and

    d. Two copies of the endorsed complaint filed November 1, 2006.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE

buck2410.vf&r