

```
                FILED
             AUG 3 0 2007
        CLERK, U.S. DISTRICT COURT
      EASTERN DISTRICT OF CALIFORNIA
      BY _____
                  DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BUCKLEY,

    Plaintiff,           No. CIV S-06-2410 FCD KJM P

    vs.

K. CAMPBELL, WARDEN, et al.,

    Defendant.         <u>ORDER</u>

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On July 26, 2007, the court found service appropriate for defendant Akintola and directed the Clerk to send a summons, USM-285 form and copy of the complaint to plaintiff. Plaintiff has returned the forms, but has not filled out the summons correctly, listing the Attorney General's Office as attorney for plaintiff, on whom the answer should be served.

        Accordingly, IT IS HEREBY ORDERED:

        1. The Clerk of the Court is directed to return the two copies of the complaint and the USM-285 form to plaintiff along with a blank summons; and

/////

/////

/////

1. 2. Plaintiff is directed to return the properly completed summons along with the additional documents required for service within thirty days of the date of this order.

DATED: August 30, 2007.

*[signature]*
KIMBERLY J. MUELLER
U.S. Magistrate Judge

2
buck2410.sum