1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT BUCKLEY,

11           Plaintiff,              No. CIV S-06-2410 FCD KJM P

12      vs.

13   K. CAMPBELL, et al.,

14           Defendants.            <u>ORDER</u>

15   _____/

16           Plaintiff is a state prison inmate who is proceeding pro se with this civil rights

17   action under 42 U.S.C. § 1983.  He has filed a motion asking the court to direct corrections

18   officials to return his legal materials, which were taken during a search of his cell.  He also seeks

19   a copy of the defendants' answer which, he alleges, he gave to the law librarian, who lost it.

20           Plaintiff has not suggested what internal steps he has taken to recover the legal

21   files and materials taken from his cell; the court will not intervene unless and until plaintiff has

22   pursued those remedies available to him in the prison.  In addition, it appears from his complaint

23   that the Prison Law Office has undertaken contact with the prison on plaintiff's behalf; he does

24   not disclose whether copies of any of the documents taken from his cell might have been

25   provided to the Prison Law Office.

26   /////

1

1  Plaintiff says that the library technician lost plaintiff's copy of defendant's answer
2  and brief.   The court file shows that an answer was filed, not a brief.   The court will direct the
3  Clerk of the Court to provide a copy of the answer to plaintiff.
4  IT IS THEREFORE ORDERED that:
5  1.  Plaintiff's motion for an order directing correctional officials to return legal
6  material seized from his cell (docket no. 21) is denied without prejudice; and
7  2.  The Clerk of the Court is directed to send a copy of the answer (docket no. 16)
8  to plaintiff.
9  DATED:  April 1, 2008.

   _____
10  U.S. MAGISTRATE JUDGE

2
buck2410.ord

2