IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BUCKLEY,

    Plaintiff,                      No. CIV S-06-2410 FCD KJM P

  vs.

K. CAMPBELL, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed (docket no. 23).

        Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: May 30, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
buck2410.59a